[No. 46188-5-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK MATTSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09413-0, Ronald Kessler, J., entered March 7, 2000. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Baker and Appelwick, JJ.

[Nos. 46768-9-I; 47564-9-I.   Division One.   March 25, 2002.]

LEE C. RABIE, *Appellant*, v. THE CITY OF FEDERAL WAY, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 99-2-00233-4, Jay V. White, J., entered May 12, September 8 and 22, and October 3, 2000. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Coleman, J.

[No. 46989-4-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON B. DAKOULIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50693-2, Ronald Kessler, J., entered June 27, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47336-1-I.   Division One.   March 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. HEATHER LANICE KEMP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-02496-9, Julie Spector, J., and Raymond C. McFarland, J. Pro Tem., entered August 18, 2000. *Dismissed* by unpublished per curiam opinion.